# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re: §
§
TRUJILLO, GEORGE PATRICK § Case No. 13-10327 MER
APODACA, RENEE §
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on   . The undersigned trustee was appointed on   .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $

     Funds were disbursed in the following amounts:

     Payments made under an interim disbursement
     Administrative expenses
     Bank service fees
     Other payments to creditors
     Non-estate funds paid to 3rd Parties
     Exemptions paid to the debtor
     Other payments to the debtor

     Leaving a balance on hand of[1]      $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/HARVEY SENDER, TRUSTEE_____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 13-10327 MER | Judge: MICHAEL E. ROMERO | Trustee Name: | HARVEY SENDER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | TRUJILLO, GEORGE PATRICK | | Date Filed (f) or Converted (c): | 01/10/13 (f) |
| | APODACA, RENEE | | 341(a) Meeting Date: | 02/06/13 |
| For Period Ending: | 09/11/13 | | Claims Bar Date: | 07/22/13 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Adm (FA)/ Gross Value of Remain Assets | Lien Amount | Exempt Amount |
| 1. CASH ON HAND | 5.00 | 1.25 | | 0.00 | FA | 0.00 | 3.75 |
| 2. COORS CREDIT UNION CHECKING/SAVINGS ACCOUNT | 50.00 | 13.00 | | 13.00 | FA | 0.00 | 0.00 |
| 3. HOUSEHOLD GOODS CONSISTING OF: MISC. KITCHENWARE, | 677.00 | 0.00 | | 0.00 | FA | 0.00 | 6,000.00 |
| 4. BOOKS, PICTURES, ART, AND COLLECTIBLES | 75.00 | 0.00 | | 0.00 | FA | 0.00 | 3,000.00 |
| 5. CLOTHING | 300.00 | 0.00 | | 0.00 | FA | 0.00 | 3,000.00 |
| 6. JEWELRY AND WATCHES | 50.00 | 0.00 | | 0.00 | FA | 0.00 | 4,000.00 |
| 7. 1999 BUICK REGAL WITH 150,000 MILES | 1,050.00 | 0.00 | | 0.00 | FA | 0.00 | 5,000.00 |
| 8. CAT & DOG | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 9. UNPAID WAGES | 0.00 | 135.00 | | 135.00 | FA | 0.00 | 0.00 |
| 10. TAX REFUNDS (u) | Unknown | 1,666.00 | | 1,666.00 | FA | 0.00 | 0.00 |
| 11. VOID (u) | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $2,207.00 | $1,815.25 | | $1,814.00 | $0.00 | $0.00 | $21,003.75 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

DEBTORS ARE TO TURNOVER THEIR 2012 INCOME TAX RETURNS/REFUNDS; THERE ARE MISC NEA'S OF $148 THAT WILL BE OFFSET

Initial Projected Date of Final Report (TFR): 12/31/15    Current Projected Date of Final Report (TFR): 09/11/13

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 13-10327 -MER | Trustee Name: | HARVEY SENDER, TRUSTEE |
|---|---|---|---|
| Case Name: | TRUJILLO, GEORGE PATRICK | Bank Name: | FIRST NATIONAL BANK OF VINITA |
| | APODACA, RENEE | Account Number / CD #: | 10944377 Checking Account |
| Taxpayer ID No: | 46-6720854 | | |
| For Period Ending: | 09/11/13 | Blanket Bond (per case limit): | $ 84,384,262.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/16/13 | | GEORGE TRUJILLO | TAX REFUNDS | | 1,814.00 | | 1,814.00 |
| | 10 | | Memo Amount: 1,666.00 | 1224-000 | | | |
| | 2, 9 | | Memo Amount: 148.00 | 1129-000 | | | |
| 06/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,804.00 |
| 07/08/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,794.00 |
| 08/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,784.00 |
| 09/09/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,774.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 1,814.00 | COLUMN TOTALS | | 1,814.00 | 40.00 | 1,774.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 1,814.00 | 40.00 | |
| Memo Allocation Net: | 1,814.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 1,814.00 | 40.00 | |
| | | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 1,814.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Account - 10944377 | | 1,814.00 | 40.00 | 1,774.00 |
| Total Memo Allocation Net: | 1,814.00 | | | 1,814.00 | 40.00 | 1,774.00 |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   1,814.00   40.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 11, 2013 |
|---|---|---|---|---|---|---|

Case Number: 13-10327  
Debtor Name: TRUJILLO, GEORGE PATRICK

Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 000002<br>070<br>7100-00 | BUDGET CONTROL SERVICES, INC.<br>2950 S. JAMAICA CT. SUITE 200<br>AURORA, CO 80014 | Unsecured | Filed 04/23/13 | $288.27 | $0.00 | $288.27 |
| 000003<br>070<br>7100-00 | CAREPOINT P.C.<br>P.O. BOX 173862<br>DENVER, CO 80217 | Unsecured | Filed 05/01/13 | $398.00 | $0.00 | $398.00 |
| 000004<br>070<br>7100-00 | APOLLO CREDIT AGENCY INC<br>3501 S TELLER ST<br>LAKEWOOD CO 80235 | Unsecured | Filed 07/01/13 | $233.25 | $0.00 | $233.25 |
| 000005<br>070<br>7100-00 | NEW NORTH SUBURBAN<br>RESURGENT CAPITAL SERVICES<br>PO BOX 1927<br>GREENVILLE, SC 29602 | Unsecured | Filed 07/08/13 | $810.50 | $0.00 | $810.50 |
| 000006<br>070<br>7100-00 | MAIN STREET ACQUISITION<br>CORP., ASSIGNEE<br>OF SANTANDER CONSUMER USA INC.<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Unsecured | Filed 07/10/13<br>(6-1) DEFICIENCY BALANCE RELATED TO MOTOR VEHICLE LOAN | $6,761.08 | $0.00 | $6,761.08 |
| 000007<br>070<br>7100-00 | CITY AND COUNTY OF DENVER<br>C/O MACHOL & JOHANNES, LLC<br>717 SEVENTEENTH STREET, SUITE 2300<br>DENVER, CO 80202-5442 | Unsecured | Filed 07/11/13<br>(7-1) PARKS AND RECREATION - WAGE OVERPAYMENT<br>SCHEDULED | $1,493.13 | $0.00 | $1,493.13 |
| 000008<br>070<br>7100-00 | ECAST SETTLEMENT CORP,<br>ASSIGNEE OF HSBC BANK NEVADA<br>BASS & ASSOCIATES, P.C.<br>3936 E. FT. LOWELL ROAD, SUITE #200<br>TUCSON, AZ 85712 | Unsecured | Filed 07/15/13 | $602.80 | $0.00 | $602.80 |
| 000009<br>070<br>7100-00 | LVNV FUNDING, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Unsecured | Filed 07/16/13 | $92.97 | $0.00 | $92.97 |
| 000010<br>070<br>7100-00 | CAPITAL ONE AUTO FINANCE<br>A DIVISION OF CAPITAL ONE, N.A.<br>P.O. BOX 201347<br>ARLINGTON, TX 76006 | Unsecured | Filed 07/22/13 | $6,122.80 | $0.00 | $6,122.80 |
| | Subtotal for Priority 070 | | | $16,802.80 | $0.00 | $16,802.80 |
| 000011<br>080<br>7200-00 | CONTINENTAL COLLECTION AGENCY<br>P.O.BOX 24022 | Unsecured | Filed 07/26/13 | $443.00 | $0.00 | $443.00 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: September 11, 2013 |

Case Number:   13-10327               Priority Sequence
Debtor Name:   TRUJILLO, GEORGE PATRICK

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| | DENVER, CO 80224 | | | | | |
| | Subtotal for Priority 080 | | | $443.00 | $0.00 | $443.00 |
| | Case Totals: | | | $17,245.80 | $0.00 | $17,245.80 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-10327 MER
Case Name: TRUJILLO, GEORGE PATRICK
            APODACA, RENEE
Trustee Name: HARVEY SENDER, TRUSTEE

       Balance on hand         $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: HARVEY SENDER, TRUSTEE | $ | $ | $ |
| Trustee Expenses: HARVEY SENDER, TRUSTEE | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $     must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | BUDGET CONTROL SERVICES, INC. | $ | $ | $ |
| 000003 | CAREPOINT P.C. | $ | $ | $ |
| 000004 | APOLLO CREDIT AGENCY INC | $ | $ | $ |
| 000005 | NEW NORTH SUBURBAN | $ | $ | $ |
| 000006 | MAIN STREET ACQUISITION CORP., ASSIGNEE | $ | $ | $ |
| 000007 | CITY AND COUNTY OF DENVER | $ | $ | $ |
| 000008 | ECAST SETTLEMENT CORP, | $ | $ | $ |
| 000009 | LVNV FUNDING, LLC ITS SUCCESSORS AND ASSIGNS AS | $ | $ | $ |
| 000010 | CAPITAL ONE AUTO FINANCE | $ | $ | $ |

Total to be paid to timely general unsecured creditors      $_____

Remaining Balance                                          $_____

Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | CONTINENTAL COLLECTION AGENCY | $ | $ | $ |

Total to be paid to tardy general unsecured creditors        $_____

Remaining Balance        $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE